| | |
|---|---|
| NICOLE McGUINNESS, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FRANK J. BISIGNANO, )<br>*Commissioner of Social Security Administration* )<br>      Defendant. )<br>)<br>) | **JUDGMENT**<br>Case No. 4:25-CV-33-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the decision of the Commissioner, the Commissioner's motion to remand [DE-14] is denied and the matter is remanded to the Commissioner for an award of benefits.

This judgment filed and entered on February 19, 2026, with electronic service upon:

Bryan Konoski, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*
Cathleen McNulty, *Counsel for the Defendant*
Theresa Casey, *Counsel for the Defendant*

                                                    **PETER A. MOORE, JR.**
                                                    CLERK, U.S. DISTRICT COURT

DATE: February 19, 2026                           /s/ *Shelia Foell*
                                                    (By): Shelia Foell
                                                    Deputy Clerk, U.S. District Court