IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-cv-33-KS

| | | |
|---|---|---|
| NICOLE MCGUINNESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This Court hereby GRANTS Plaintiff's motion for attorney fees [DE #24] and AWARDS Plaintiff $8,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Bryan Konoski, Esquire and mailed to: Konoski & Partners, 180 Tices Lane, Suite 204, Building A, East Brunswick, NJ 08816, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED.  This 23rd day of April 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge