IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-cv-00033-KS

| | | |
|---|---|---|
| NICOLE MCGUINNESS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is ORDERED that **<u>Bryan Konoski, Esquire</u>** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $ 12,432.50 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $8,500.00 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $3,932.50 due to counsel.

This 10th day of September 2026.

KIMBERLY A. SWANK
United States Magistrate Judge