UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE McGUINNESS,<br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>Case No. 4:25-CV-33-KS |

**Decision by Court.**

This matter is before the court for consideration of the Plaintiff's petition for attorney's fees.

IT IS ORDERED, ADJUDGED AND DECREED the Court grants attorney fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $12,432.50 (or 25% of Plaintiff's past due benefits, which ever is less.) Counsel may retain the $8,500.00 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. §2412, in partial satisfaction of the § 406(b) award. The net amount due to counsel is $3,932.50.

This judgment filed and entered on September 10, 2026, with *electronic service* upon the following:

**Bryan Konoski**
*Counsel for Plaintiff*

**Wanda Mason**
**Cathleen McNulty**
**Theresa Casey**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: September 10, 2026

/s/ Shelia D. Foell

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court